**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ENCISO,<br><br>　　　　Petitioner-Defendant,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent-Plaintiff. | No.　CV 19-1819 PA　X<br>　　　CR 15-438 PA<br><br>JUDGMENT |

Pursuant to the Court's July 15, 2019 Order denying the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by petitioner Ramon Enciso ("Petitioner"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion is denied and this action is dismissed with prejudice.

DATED: July 15, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE